IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

YU HIN CHAN            PLAINTIFF

V.            NO. 3:25-CV-228-DMB-JMV

RE/MAX, et al.            DEFENDANTS

## FINAL JUDGMENT

In accordance with the order issued this date, this case is dismissed without prejudice.

**SO ORDERED**, this 1st day of October, 2025.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**